IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRY SCOTT                                                                                        PLAINTIFF

vs.                                          Civil No. 12-CV-4123

RAY HOBBS, Director
Arkansas Department of Correction                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 8, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 21. Judge Bryant recommends that this case be dismissed as untimely pursuant to 28 U.S.C. § 2244(d). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, the Court adopts the Report and Recommendation *in toto*.  This case is **DISMISSED**.

**IT IS SO ORDERED**, this 29th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge